UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKY DEWAINE FITZGERALD,<br><br>Plaintiff,<br><br>v.<br><br>CLARION MORTGAGE CAPITAL, a California Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; FIRST AMERICAN TITLE COMPANY; FIRST MERIDIAN FORECLOSURE SERVICE; MTDS, INC., a California corporation dba MERIDIAN TRUST DEED SERVICE; ONEWEST BANK FSB; STANLEY SILVA, individually; and DOES 1-25 CORPORATIONS; DOES 1-25 INDIVIDUALS,<br><br>Defendants. | CASE NO.:   3:10-CV-00766-RCJ-RAM<br>Dept. No.:<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR CLARION MORTGAGE CAPITAL, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

This Court having considered the Motion for Extension of Time for Clarion Mortgage Capital, Inc. to Answer or Otherwise Respond to the Complaint (the "Motion"), and good cause appearing for the requested extension,

HEREBY ORDERS that the Motion is Granted, and Clarion Mortgage Capital, Inc. shall answer or otherwise respond to the Complaint on or before January 13, 2011.

Dated December 16, 2010

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE