Michael R. Brooks, Esq.
Nevada Bar No. 7287
Jeffrey J. Todd, Esq.
Nevada Bar No. 10780
BROOKS BAUER LLP
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: 702-571-1191
Fax: 702-851-1198
*Attorney for Defendants*
*Meridian Foreclosure Service, and*
*MTDS, Inc. dba Meridian Trust Deed Service*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICKY DEWAINE FITZGERALD,<br><br>Plaintiff,<br><br>vs.<br><br>CLARION MORTGAGE CAPITAL, a California Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., [MERS]; FIRST AMERICAN TITLE COMPANY; MERIDIAN FORECLOSURE SERVICE; MTDS, INC., a California Corporation dba MERIDIAN TRUST DEED SERVICE; ONEWEST BANK FSB, STANLEY SILVA, individually; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action,<br><br>Defendants. | Case No.:   3:10-CV-00766-RCJ-RAM<br><br>**ORDER REGARDING NONMONETARY STATUS OF DEFENDANTS MERIDIAN FORECLOSURE SERVICE AND MTDS, INC. dba MERIDIAN TRUST DEED SERVICE** |

COMES NOW, Plaintiff RICKY DEWAINE FITZGERALD, by and through his counsel of record, Rick Lawton, Esq., and Defendants MERIDIAN FORECLOSURE SERVICE and MTDS, INC. dba MERIDIAN TRUST DEED SERVICE, by and through their counsel of record, Brooks Bauer LLP, hereby stipulate as follows:

WHEREAS the above-entitled action concerns certain real property located in Reno, Washoe County, Nevada identified in Plaintiff's Complaint as APN 090-391-06, more

1 Washoe County, Nevada identified in Plaintiff's Complaint as APN 090-391-06, more
2 commonly referred to as 8610 Malibu Drive, Reno Nevada, 89506 (the "Property"); and

3 WHEREAS Plaintiff claims title to the Property; and

4 WHEREAS MERIDIAN FORECLOSURE SERVICE and MTDS, INC. d.b.a.
5 FORECLOSURE TRUST DEED SERVICE (hereinafter collectively referred to as "Meridian")
6 are named as Defendants in the instant action; and

7 WHEREAS Meridian is the trustee under a deed of trust executed by Plaintiff, which
8 deed of trust was recorded against the Property on September 26, 2006 in the Office of the
9 County Recorder of Washoe County as Instrument Number 3443189 ("Deed of Trust"); and

10 WHEREAS Plaintiff filed the above-entitled action seeking relief including, but not
11 limited to: 1) a declaratory and injunctive judgment against Defendants prohibiting them from
12 having or asserting any right, title, or interest in the subject Property; and 2) a judgment quieting
13 title in the name of the Plaintiff; and

14 WHEREAS the Plaintiff named Meridian in the above-entitled action solely in its
15 capacity as trustee under the Deed of Trust and not arising out of any wrongful acts or
16 omissions on the part of Meridian; therefore

17 IT IS NOW HEREBY STIPULATED AND AGREED by and between Plaintiff RICKY
18 DEWAINE FITZGERALD and Defendants MERIDIAN FORECLOSURE SERVICE and
19 MTDS, INC. d.b.a. MERIDIAN TRUST DEED DERVICE that Meridian shall not be required
20 to participate any further in this action except Meridian shall be required to respond to any
21 discovery requests as a party; and

22 IT IS FURTHER STIPULATED AND AGREED that Meridian shall be bound by any
23 court order, ruling or judgment regarding the Deed of Trust entered in this action; and

24 IT IS FURTHER STIPULATED AND AGREED that Meridian shall not be subject to
25 ///
26 ///
27 ///
28 ///

any award of damages, court costs and/or attorneys fees in favor of Plaintiff in this action.

DATED this 17 day of June, 2011.            DATED this 17th day of June, 2011.

BROOKS BAUER LLP                            RICK LAWTON, ESQ.

By: _____                  By: _____
Michael R. Brooks, Esq.                     Rick Lawton, Esq.
Nevada Bar No. 7287                         Nevada Bar No. 694
Jeffrey J. Todd, Esq.                       1460 Hwy 95A, North # 1
Nevada Bar No. 10780                        Fernley, Nevada 89408
1645 Village Center Circle, Suite 200       *Attorney for Plaintiff*
Las Vegas, NV 89134                         *Ricky Dewaine Fitzgerald*
*Attorneys for Defendants*
*Meridian Foreclosure Service and*
*MTDS, Inc. dba Meridian Trust Deed Service*

## ORDER

Based on the above Stipulation:

IT IS HEREBY ORDERED that Defendants MERIDIAN FORECLOSURE SERVICE and MTDS, INC. dba. MERIDIAN TRUST DEED SERVICE (collectively "Meridian") shall not be required to participate any further in this action except Meridian shall be required to respond to any discovery requests as a party; and

IT IS FURTHER ORDERED that Meridian shall be bound by any court order, ruling or judgment regarding the Deed of Trust entered in this action; and

IT IS FURTHER ORDERED that Meridian shall not be subject to any award of

///
///
///
///
///
///
///

Page 3

damages, court costs and/or attorneys fees in favor of Plaintiff in this action.

DATED this 5th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
Michael R. Brooks, Esq.
Nevada Bar No. 7287
Jeffrey J. Todd, Esq.
Nevada Bar No. 10780
1645 Village Center Circle
Las Vegas, NV 89134
*Attorneys for Defendants*
*Meridian Foreclosure Service and*
*MTDS, Inc. dba. Meridian Trust Deed Service*