1 | WRIGHT, FINLAY & ZAK, LLP
2 | Robin Prema Wright, Esq.
Nevada Bar No. 009296
3 | Donna M. Osborn, Esq.
Nevada Bar No. 006527
4 | 5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
5 | (702) 475-7964; Fax: (702) 946-1345
6 | rwright@wrightlegal.net
dosborn@wrightlegal.net
7 | *Attorneys for Defendants,*
8 | *Mortgage Electronic Registration Systems, Inc. and OneWest Bank, FSB*

9 | **UNITED STATES DISTRICT COURT**

10 | **DISTRICT OF NEVADA**

11

12 | RICKY DEWAINE FITZGERALD

Case No.:  3:10-cv-00766-RCJ-RAM

13 | Plaintiffs,

**ORDER GRANTING DEFENDANTS' EX
PARTE MOTION TO EXPUNGE
PLAINTIFF'S LIS PENDENS**

14 | vs.

15

16 | CLARION MORTGAGE CAPITAL, a
California Corporation; MORTGAGE
17 | ELECTRONIC REGISTRATION SYSTEMS,
INC. (MERS); FIRST AMERICAN TITLE
18 | COMPANY; FIRST MERIDIAN
FORECLOSURE SERVICE; MTDS, INC.  a
19 | California Corporation dba MERIDIAN
TRUST DEED SERVICE; ONEWEST BANK,
20 | FSB, STANLEY SILVA, individually; and
DOES 1-25 CORPORATIONS; DOES and
21 | ROES 1-25 INDIVIDUALS (Partnerships, or
22 | anyone claiming any interest to the property
described in the action].
23

24 | Defendants.

25

26 | In accordance with the Order entered on January 31, 2012 dismissing the Complaint

27 | [Dkt. 55], Defendants Mortgage Electronic Registration Systems, Inc. ("MERS") and OneWest

28 | Bank, FSB ("OWB") and pursuant to the pending Ex Parte Motion to Expunge Lis Pendens,

1  Defendants are entitled to an Order from the Court expunging the lis pendens filed against the

2  property which is the subject of this action.

3         The Court finds that Plaintiffs recorded a Notice of Lis Pendens Affecting Real

4  Property ("Lis Pendens") on or about October 20. 2010, as Instrument Number 3935000 in real

5  property located at 8610 Malibu Drive, Reno, NV 89506, legally described as:

6      LOT 2406 OF SILVER SHORES-UNIT 24, ACCORDING TO THE MAP THEREOF

7      FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY,
    STATE OF NEVADA, ON MAY 14, 1998, AS FILE NO. 221073, AND AS TRACT

8      NO. 3532.

9      APN:  090-391-06.

10

11      Upon consideration of Defendant's Motion to Expunge the above-referenced Lis Pendens

12  and good cause appearing therefore, the Court hereby grants Defendant its requested relief and

13  rules as follows:

14      **IT IS ORDERED, ADJUDGED AND DECREED** that the above-referenced Lis

15  Pendens is hereby expunged and shall hereafter have no further force or effect.

16      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Order

17  canceling the above referenced Lis Pendens has the same effect as an expungement of the

18  original Lis Pendens.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant is

2  authorized to record a certified copy of this Order Expunging Lis Pendens in the real property

3  records of Washoe County, Nevada within a reasonable amount of time from the date of this

4  Order's issue.

5      IT IS SO ORDERED.

6

7      Dated this 24th day of February, 2012.

8

9                             UNITED STATES DISTRICT JUDGE

10  Respectfully Submitted By:

11  WRIGHT, FINLAY & ZAK, LLP

12

13  Donna M. Osborn, Esq.

14  Nevada Bar No. 006527
     5532 South Fort Apache Road, Suite 110

15  Las Vegas, NV 89148
     *Attorneys for Defendants,*

16  *Mortgage Electronic Registration Systems, Inc. and OneWest Bank, FSB*

17

18

19

20

21

22

23

24

25

26

27

28